IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NUMBER   21-MJ-8235-GCS |
| JAYLAN D. QUINN, ) | |
| ) | |
| Defendant. ) | |

## WARRANT FOR ARREST

TO:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Jaylan D. Quinn</u> and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Armed Bank Robbery Resulting in Death, in violation of Title 18, United States Code, Section 2113(a), 2113(d), and 2113(e).

GILBERT C. SISON
Name of Issuing Officer

<u>United States Magistrate Judge</u>
Title of Issuing Officer

_____
Digitally signed by Judge Sison 2
Date: 2021.08.29 16:13:07 -05'00'
Signature of Issuing Officer

<u>August 29, 2021, East St. Louis, IL</u>
Date and Location:

_____
(By) Deputy Clerk

_____

Bail fixed at $_____   by   _____
Name of Judicial Officer

3