UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
[ ] Benton  [X] East St. Louis

[ ] INITIAL APPEARANCE   [ ] ARRAIGNMENT   [ ] CHANGE OF PLEA   [ ] PLEA TO INFORMATION

CRIMINAL NO: 21-cr-30142-SPM-1	DATE: 1/4/2023	TIME: 1:35 PM – 2:26 PM

USA vs. JAYLAN D. QUINN	JUDGE: Stephen P. McGlynn, U.S. District Judge
[X] Present [X] Custody [ ] Bond

REPORTER: Hannah Jagler

COUNSEL FOR DEFENDANT: Kim Freter, FPD and
                       Talmage Newton, IV
[X] Present [X] Appointed [ ] Retained [ ] Waived	COURTROOM DEPUTY:
                                               	Jackie Muckensturm

GOVERNMENT COUNSEL: Laura Reppert & Ali Burns, AUSA

---

[X] Defendant appears in open court with retained counsel.

[X] Defendant sworn.

[X] Information read to Defendant.

[X] Defendant advised of constitutional rights, nature of charge and possible penalties.

[X] Defendant withdraws plea of not guilty as to Counts(s) 1 & 2 of the Information.

[X] Plea:    [ ] Guilty as to Count(s) 1 & 2 of the Information.

             [ ] Not Guilty as to Count(s) _____

[ ] No Plea Agreement     [X] Plea Agreement     [X] Written

[X] Court accepts plea of guilty and adjudges defendant guilty.

[X] Matter referred to U.S. Probation for Presentence Investigation and Report.

[X] Disposition set on **April 18, 2023 at 10:30 AM** in East St. Louis before Judge Stephen P. McGlynn.

[X] Defendant remanded to custody of U.S. Marshals, East St. Louis.

[X] Jury Trial setting is STRICKEN from the docket.