IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JAYLAN D. QUINN,  )<br>  )<br>Defendant.  ) | CRIMINAL NO. 21-CR-30142-SPM-1 |

### STIPULATION OF FACTS

The United States of America, through its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney, enters into the following Stipulation of Facts with Defendant:

1. On August 27, 2021, at approximately 4:00 p.m., Defendant and Andrew Brinkley entered First Bank located at 350 River Park Drive, East St. Louis, Illinois, intending to commit a bank robbery. Defendant and Brinkley approached two tellers, A.A. and R.M., working inside the bank. Brinkley handed A.A. a demand note that stated, "I got a bomb strapped to my chest put all the money in or everyone die." Defendant stood nearby Brinkley at R.M.'s teller station.

2. Fearing for his safety, A.A. opened his teller drawer and provided money from the drawer to Brinkley. Both Defendant and Brinkley then turned towards the entrance/exit doors.

3. Ted Horn, the security guard working at First Bank, had moved behind Defendant and Brinkley while they were at the teller counter to see what they

were doing. When Defendant and Brinkley went to exit the bank after obtaining money, Brinkley pushed by Horn and proceeded to the entrance/exit doors first. Defendant retrieved a semi-automatic firearm from his pocket and ran into Horn, putting the gun Horn's head and shooting Horn in the head. Horn died instantly. Defendant then ran out the door.

4. First Bank's deposits are insured by the Federal Deposit Insurance Corporation.
5. Defendant was identified within hours as one of the bank robbery suspects. He was arrested the following day, August 28, 2021, at 1925 North 13th Street, Apartment A, St. Louis, Missouri. Defendant's wallet was seized incident to arrest and "bait bills" from A.A.'s teller drawer were found in Defendant's possession.
6. During a search of 1925 North 13th Street, Apartment A, agents from the FBI located a satchel on the roof of the apartment that contained a 9mm Ruger pistol. A forensic examiner with the FBI laboratory compared a bullet and cartridge case located at First Bank to the 9mm Ruger, and he determined that the 9mm Ruger pistol fired the cartridge case and the bullet.
7. The demand note was collected by law enforcement and send to the Illinois State Police Crime Laboratory for expedited testing. Forensic Scientist Melissa Gamboe identified a fingerprint on the note suitable for comparison and identified the fingerprint left on the note as belonging to Brinkley.
8. Defendant was Mirandized and interviewed after his arrest and admitted going into First Bank to commit a robbery and obtaining money and also admitting shooting Ted Horn.

9. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty pleas and is not necessarily an exhaustive account of the incidents.

10. First Bank in East St. Louis is within the Southern District of Illinois.

**SO STIPULATED.**

RACHELLE AUD CROWE
United States Attorney

_____
JAYLAN D. QUINN
Defendant

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
KIM C. FRETER
Attorney for Defendant

_____
ALEXANDRIA M. BURNS
Assistant United States Attorney

_____
TALMAGE E. NEWTON, IV
Attorney for Defendant